| | |
|---|---|
| THE DESCENDANTS PROJECT | NO. 24-C-323 |
| VERSUS | FIFTH CIRCUIT |
| LUCIEN J. GAUFF, III, ASSESSOR AND GREENFIELD LOUISIANA, LLC | COURT OF APPEAL |
| | STATE OF LOUISIANA |

_Wiseman_

August 20, 2024

Linda Wiseman
First Deputy Clerk

---

## ON APPLICATION FOR REHEARING

---

Panel composed of Stephen J. Windhorst,
John J. Molaison, Jr., and Amanda L. Calogero, Pro Tempore

**DENIED WITHOUT REASONS**

**JJM**
**SJW**
**ALC**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

_Wiseman_
Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

**101 DERBIGNY STREET (70053)**

**POST OFFICE BOX 489**

**GRETNA, LOUISIANA 70054**

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/20/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
**CLERK OF COURT**

**24-C-323**

### E-NOTIFIED
40th District Court (Clerk)
Honorable Vercell Fiffie (DISTRICT JUDGE)
Clare M. Bienvenu (Relator)          Peter J. Butler, Jr. (Respondent)
William B. Most (Respondent)         Richard G. Passler (Respondent)
                                     Kayla M. Jacob (Respondent)

### MAILED
Louis E. Buatt (Relator)             Caroline Gabriel (Respondent)          Brian A. Eddington (Respondent)
Attorney at Law                      Attorney at Law                        Attorney at Law
1200 Camellia Boulevard              201 St. Charles Avenue                 2111 Quail Run Drive
Suite 300                            Suite 2500 No. 9685                     Baton Rouge, LA 70808
Lafayette, LA 70508                  New Orleans, LA 70170

Paul M. Adkins (Relator)
Attorney at Law
450 Laurel Street
Suite 1601
Baton Rouge, LA 70801